1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BENJAMIN TOLKOFF (CABN 4294443)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Benjamin.Tolkoff@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )   No. [CR 12-778 SBA]
14                                    )
          Plaintiff,                   )   STIPULATION AND ORDER SETTING
15                                    )   MATTER FOR CHANGE OF PLEA
       v.                              )
16                                    )   Date:  December 11, 2012
   OSCAR BAKER PHILLIPS,              )   Time:  10:00 a.m.
17                                    )
          Defendant.                  )
18 _____  )

19     The parties respectfully request that this matter be added to the Court's criminal law and

20 motion calendar on December 11, 2012 at 10:00 a.m. for change of plea.

21 SO STIPULATED.

22 //

STIP. AND [PROP.] ORD. SETTING CHANGE OF PLEA
U.S. v. PHILLIPS; CR 12-778 SBA

| | | |
|---|---|---|
| 1 | DATED: December 5, 2012 | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| | | BENJAMIN TOLKOFF |
| 5 | | Assistant United States Attorney |

DATED: December 5, 2012                    /s/

                                                                    ELLEN LEONIDA
                                                                    Attorney for OSCAR BAKER PHILLIPS

For the reasons stated, this matter is hereby added to the criminal law and motion calendar on December 11, 2012 at 10:00 a.m. for a change of plea.

SO ORDERED.

DATED: _12/10/12

                                                                    HON. SAUNDRA B. ARMSTRONG
                                                                    United States District Judge

STIP. AND [PROP.] ORD. SETTING CHANGE OF PLEA
U.S. v. PHILLIPS; CR 12-778 SBA