UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 12-0778 SBA |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| OSCAR BAKER PHILLIPS, | |
| Defendant. | |

On December 11, 2012, the parties appeared before the Court for a change of plea. For the reasons stated on the record, IT IS HEREBY ORDERED THAT this matter is scheduled for a change of plea and sentencing on **March 5, 2013 at 10:00 a.m.**  IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act from December 11, 2012 to March 5, 2013 under 18 U.S.C. § 3161(h)(1)(G) for the delay resulting from the Court's consideration of the parties' proposed plea agreement.

IT IS SO ORDERED.

Dated: 12/11/12

  _____
  SAUNDRA BROWN ARMSTRONG
  United States District Judge